IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC, on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 6263 |
| v. | ) ) ) | Honorable Judge Darrah |
| ALPINE HEALTH, LLC, and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

 s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on September 19, 2012, I caused a true and accurate copy of the foregoing document to be served, via US Certified Mail and regular US Mail, on the following party:

    Alpine Health, LLC
    601 Penhorn Avenue, Suite 1
    Secaucus, NJ 07094

                                          s/ Dulijaza Clark
                                          Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)